**Electronically Filed
Supreme Court
SCOT-18-0000789
07-NOV-2018
09:26 AM**

SCOT-18-0000789

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

VICKRAM "VICTOR" JAISINGANE,
Petitioner,

vs.

ASSOCIATION OF APARTMENT OWNERS OF THE ALA WAI PLAZA SKYRISE
CONDOMINIUM; BOARD OF DIRECTORS OF THE ASSOCIATION OF APARTMENT
OWNERS OF THE ALA WAI PLAZA SKYRISE CONDOMINIUM, ET AL.
Respondents.

ORIGINAL PROCEEDING
(NO. 12314; CIV. NO. 78341)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the documents submitted by petitioner Vikram "Victor" Jaisingane, which were filed on October 15, 2018 and which this court reviews as a petition for relief, and the record, it appears that, under the facts and circumstances of this matter, petitioner is not entitled to the relief he requests from this court. Accordingly,

IT IS HEREBY ORDERED that the petition is denied.

IT IS HEREBY FURTHER ORDERED that the clerk of the appellate court shall process the petition without payment of the filing fee.

DATED: Honolulu, Hawaiʻi, November 7, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

